IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08-0935-CV-W-GAF |
| | ) | |
| JAMES AND TERESA LIPPERT, | ) | |
| Individuals and as trustees of | ) | |
| The Lippert Family Trust, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

Now before the Court is the parties' Stipulation for Dismissal. Accordingly, it is

ORDERED that the above referenced case is dismissed without prejudice. Each party is to bear its own costs.

                                                      s/ Gary A. Fenner
                                                      Gary A. Fenner, Judge
                                                      United States District Court

DATED: September 4, 2009